UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KRISCEDA WILLIAMS JOHNSON, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 4:16-CV-2-FL** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS the recommendation in the M&R. Plaintiff's motion for judgment on the pleadings (DE 17) is DENIED, and defendant's motion for judgment on the pleadings (DE 19) is GRANTED. The clerk of court is DIRECTED to close this case.

**This Judgment Filed and Entered on March 29, 2017, and Copies to:**

Jonathan Howell Winstead (via CM/ECF Notice of Electronic Filing)

Jill S. Reeder (via CM/ECF Notice of Electronic Filing)

DATE
March 29, 2017

PETER A. MOORE, JR., CLERK

(By) Susan K. Edwards, Deputy Clerk